**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| DARRELL FUQUA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:07-cv-385 |
| | ) (Phillips/Shirley) |
| NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT ON DECISION BY THE COURT**

The case came before the court on plaintiff's motion for voluntary dismissal without prejudice [Doc. 13]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion is **GRANTED**, whereby plaintiff's claims against defendant Norfolk Southern Railway Company are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

       **ENTER:**

          s/ Patricia L. McNutt
          Clerk of Court